**Appeal Dismissed and Memorandum Opinion filed April 2, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00829-CV

### ALLISON BOOKER BROOKS, Appellant

### V.

### ACHOR COUNSELING & ASSOCIATES, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1124021**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed October 1, 2019. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The order being appealed is not a final, appealable judgment. The record before this court contains no order reviewable on interlocutory appeal. On March 19, 2020, this court notified the parties of our intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before March 30, 2020. *See* Tex. R. App. P. 42.3(a). Appellant has not filed a response.

We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.